# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA VELASQUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. SA CV 05-0540 FMO <br><br><br> **JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Eight-Thousand, Four-Hundred, Forty-Seven dollars and fifty cents ($8,447.50), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Harvey P. Sackett shall reimburse plaintiff the amount of Five-Thousand, One-Hundred dollars and zero cents ($5,100.00).

Dated this 6th day of May, 2008.

/s/
Fernando M. Olguin
United States Magistrate Judge